McEVOY v. C. MANGOLD MILLING CO. et al. (Circuit Court of Appeals, Sixth Circuit. October 18, 1902.) No. 1,091. In Error to the District Court of the United States for the Western District of Michigan. Bundy & Travis, for plaintiff in error. Frank L. Fowler and Bloodgood, Kemper & Bloodgood, for defendant in error. No opinion. Affirmed.

MOORE v. SOUTHERN RY. CO. (Circuit Court of Appeals, Sixth Circuit. October 18, 1902.) No. 1,085. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. H. H. Ingersoll, for plaintiff in error. Jourolmon, Welker & Hudson and Shoun & Susong, for defendant in error. No opinion. Affirmed.

PENNSYLVANIA CO. v. CARROLL. (Circuit Court of Appeals, Sixth Circuit. October 18, 1902.) No. 1,081. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Squire, Sanders & Dempsey, for plaintiff in error. Murray & Koonce, for defendant in error. No opinion. Affirmed.

PHILLIPS v. ILLINOIS CENT. R. CO. et al. (Circuit Court of Appeals, Sixth Circuit. February 13, 1902.) No. 1,093. In Error to the Circuit Court of the United States for the Western District of Tennessee. Greer & Greer, for plaintiff in error. Fentress & Cooper, for defendant in error. No opinion. Affirmed.

ST. LOUIS, I. M. & S. RY. CO. v. HORTON. (Circuit Court of Appeals, Sixth Circuit. March 11, 1903.) No. 1,150. In Error to the Circuit Court of the United States for the Western District of Tennessee. McFarland & Neblett and J. W. Canada, for plaintiff in error. H. N. Moon and Francis Byrne, for defendant in error. No opinion. Reversed and remanded.

In re SCHWAB. SCHWAB v. MAY et al. (Circuit Court of Appeals, Seventh Circuit. April 21, 1903.) No. 963. Appeal from the District Court of the United States for the District of Indiana. De Witt C. Wilson, for appellant. Robert P. Davidson and Allen Boulds, for appellee. No opinion. Dismissed on stipulation of counsel.

SECURITY TRUST CO. OF TOLEDO v. McCULLOUGH. (Circuit Court of Appeals, Sixth Circuit. June 13, 1903.) No. 1,158. Appeal from the District Court of the United States for the Eastern District of Michigan. Chittenden & Chittenden, for appellant. Chauncy H. Gage and Searl & Montfort, for appellee. No opinion. Affirmed.